REMSEN REALTY COMPANY and Others, Respondents, v. LILLIAN HORNSTEIN and Others, Defendants, and LONDON LIGHTINGWARES CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Monday, March 30, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JACK M. WOODFORD, on Behalf of Himself and All Others Similarly Situated, Appellant, v. RUBEL COAL AND ICE CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

FRANK E. AUSTIN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ANNA GLASSMAN, etc., and Others, Defendants, and JACOB STOHL, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, April 10, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to submit papers and brief in typewritten form denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

COMMUNITY PLUMBING & HEATING CO., INC., Respondent, v. DAVID PROKO and HENRY LEIGNER, Appellants, and Another, Defendant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

PAULINE CRAWFORD, Respondent, v. THE CITY OF NEWBURGH, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MARGARET DEGNAN, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOHN FARRELL, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

EMMA GOLDBERG, Appellant, v. LOUIS GOLDBERG, Respondent. (Appeals Nos. 1 and 2.) — Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

YETTA GRANET and SAM GRANET, Respondents, v. JACOB LEHRER, Appellant. — Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.